429 A.2d 91

Commonwealth v. Mapp, Appellant.

Submitted December 6, 1979.   John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant:   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

EAGEN, C. J. concurred in the result.

This decision was reached prior to the retirement of EAGEN, C. J.